## FRANK TATUM v. STATE.

No. 2543. Opinion Filed January 11, 1919.

(177 Pac. 121.)

**KEEPING PLACE FOR SALE OF INTOXICATING LIQUOR.** Syllabus the same as in No. A-2331, **Proctor v. State,** 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, Payne County;*
*A. H. Huston, Judge.*

Frank Tatum was convicted of keeping a place for unlawful sale, etc., of intoxicating liquor, and he appeals. Reversed.

*Weldon & Mitchell,* for plaintiff in error.

*S. P. Freeling*, Atty. Gen., and *R. McMillan*, Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiff in error was charged, convicted, and sentenced to be confined for 30 days in the county jail and to pay a fine of $200, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State,* 15 Okla. 338, 176 Pac. 771, and is controlled thereby. For the reasons set out in that opinion, the judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.